MARY MADDOX AND OTHERS v. J. L. DIAL AND OTHERS.

In an action on a guardian's bond, the court below instructed the jury that the plaintiffs having failed to read in evidence the bond of the guardian, or a copy thereof, no verdict could be returned against the guardian's sureties. There was a general verdict for all the defendants, and judgment accordingly. *Held*, that there was no error in the charge, and the verdict does not appear to have been affected by it to the prejudice of the appellant.

APPEAL from Guadalupe.   Tried below before the Hon. J. J. Thornton.

The ruling in this case requires no fuller disclosure of the facts than that given by the opinion.

*J. H. Burts,* for the appellants.

*John Ireland* and *W. E. Goodrich,* for the appellees.

EVANS, P. J.—This suit was brought by the former wards of Dial against him and his securities on his bond as guardian.

There was a verdict and judgment rendered for the defendants.

The principal error relied upon by the appellants is the following charge of the court:  "That the plaintiffs having failed to read in evidence the bond of Dial, or a copy of the same, the jury cannot return a verdict against Dial's securities."

We are of opinion there is no error in this charge.   But independent of the charge, which applied only to the securities on the bond, the jury, with all the facts before them, rendered a verdict in favor of the principal, Dial.

The judgment is therefore affirmed.

Affirmed.